UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIVER PARK PLACE APTS,

       Plaintiff,

                                        Case No. 25-cv-11432
                                        Hon. Matthew F. Leitman

v.

SAFIYA A. KHALID,

       Defendant.
_____/

## ORDER DENYING DEFENDANT'S AMENDED MOTION TO PROTECT FROM IMMINENT DANGERS (ECF No. 10)

In January 2025, Plaintiff River Park Place Apartments filed an action for non-payment of rent against Defendant Safiya Khalid in the 46th District Court for the State of Michigan. (*See* Register of Actions, ECF No. 1, PageID.11-16.) On May 15, 2025, Khalid sought to remove the action to this forum. (*See* Notice of Removal, ECF No. 1.) The Court reviewed Khalid's Notice of Removal and concluded that it did not have subject-matter jurisdiction over this action. Accordingly, on June 24, 2025, the Court remanded this matter to state court. (*See* Order, ECF No. 8.)

On July 1, 2025, after the Court remanded this case to state court, Khalid filed a motion seeking additional relief from this Court. (*See* Mot., ECF No. 10.) Because this action has been remanded to state court, and because, in any event, the Court lacks subject-matter jurisdiction to grant the relief Khalid seeks, the Court has no

1

authority to grant Khalid's motion or to grant Khalid any relief.  Khalid's motion (ECF No. 10) is therefore **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2